UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| Freedom Mortgage Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Evan J. Bertsch a/k/a Evan Bertsch and Skyman J. Redday and the United States of America acting by and through the Secretary of Housing and Urban Development, and any person in possession,<br><br>    Defendants. | 23-cv-1011<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1444** |

TO: United States District Court for the District of South Dakota:

PLEASE TAKE NOTICE that the United States of America, by and through counsel, United States Attorney Alison J. Ramsdell and Assistant United States Attorney Yvette K. Lafrentz, respectfully petitions this Court for removal of a tribal court action and states as follows:

1. That the United States of America, acting by and through the Secretary of Housing and Urban Development, is a defendant in a civil action now pending in the Sisseton-Wahpeton Oyate Tribal Court, Sisseton-Wahpeton Oyate Lake Traverse Reservation, in the State of South Dakota, entitled Freedom Mortgage Corporation v. Evan J. Bertsch a/k/a Evan Bertsch and Skyman J. Redday and United States of America acting by and through the Secretary of Housing and Urban Development, and any person in possession, Case CV-23-075-074.

2. The above-entitled action was commenced against the United States on March 22, 2023, by service of process of a copy of the Summons and Complaint attached hereto as Exhibit A. A file-stamped copy was later received on April 13, 2023 and is attached hereto as Exhibit B. Copies of all process and pleadings served on Defendant United States are attached hereto as

Exhibits A and B.

3. This removal is brought pursuant to 28 U.S.C. §1442 and 28 U.S.C. § 1444, which permits the removal of any action brought under section 28 U.S.C. § 2410 against the United States in any State court.

4. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed, and the United States respectfully requests removal of the action now pending in the Sisseton-Wahpeton Oyate Tribal Court, Sisseton-Wahpeton Oyate Lake Traverse Reservation, State of South Dakota.

5. A copy of this notice is being filed with the Clerk of Court, Sisseton-Wahpeton Oyate Tribal Court, Sisseton-Wahpeton Oyate Lake Traverse Reservation, in the State of South Dakota pursuant to 28 U.S.C. § 1446(d).

Dated this 19th day of April, 2023.

ALISON J. RAMSDELL
United States Attorney

*/s/ Yvette K. Lafrentz*
Yvette K. Lafrentz
Assistant U.S. Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Phone: (605) 357-2338
Yvette.Lafrentz@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April 2023, a true and correct copy of the foregoing Notice of Removal of Action was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Zachary Nesbit  
HALLIDAY, WATKINS & MANN, PC  
376 East 400 South, Suite 300  
Salt Lake City UT 84111

☒ U.S. mail  
☐ FedEx  
☐ ECF  
☐ Hand Delivered

Evan J. Bertsch  
Skyman J. Redday  
207 Coteau Blvd  
Sisseton, SD 57262

☒ U.S. mail  
☐ FedEx  
☐ ECF  
☐ Hand Delivered

_____  
Yvette K. Lafrentz

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Freedom Mortgage Corporation
10500 Kincaid Drive, Fishers, IN 46037

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Zachary Nesbit, 376 E. 400 South, Suite 300
Salt Lake City, UT 84111; (801) 355-2886

## DEFENDANTS
United States of America acting by and through the Secretary of Housing and Urban Development (HUD), et al.

County of Residence of First Listed Defendant **(land in Roberts Co.)**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Yvette K. Lafrentz, USAO, 325 S. 1st Avenue, Ste. 300
Sioux Falls, SD 57104; (605) 357-2315

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [x] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **IMMIGRATION** | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 2410 (foreclosure); 28 U.S.C. 1442 and 28 U.S.C. 1444 (removal)

Brief description of cause:
Plaintiff is seeking judicial foreclosure on land located within the Lake Traverse Reservation and Roberts County, SD

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: April 19, 2023

SIGNATURE OF ATTORNEY OF RECORD: */s/ [signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____